RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com
STEPHEN STEELE
Nevada Bar No. 13965
ssteele@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant, *Rio Properties, LLC, d/b/a Rio Las Vegas Hotel & Casino*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN WESLEY SPARKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RIO PROPERTIES, LLC, d/b/a RIO LAS VEGAS HOTEL & CASINO, a Domestic Limited-Liability Company; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO.:<br><br>**DEFENDANT RIO PROPERTIES, LLC, dba RIO LAS VEGAS HOTEL & CASINO,'S NOTICE OF REMOVAL** |

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Defendant, Rio Properties, LLC, dba Rio Las Vegas Hotel & Casino (the "Rio"), by and through its attorneys of record, Hall Jaffe & Clayton, LLP, hereby removes this action to the United States District Court for the District of Nevada. The basis of removal is as follows:

1.   Pursuant to the provisions of 28 U.S.C. § 1331, this Court has original jurisdiction over the subject matter of this action based upon the fact that this matter involves a federal question. In general, this lawsuit involves a claim where a guest was purportedly denied access to a room that was designed and constructed consistent with the provisions of the Americans with

Disabilities Act ("ADA"), and was injured while occupying a non-ADA room, even though Plaintiff allegedly reserved an ADA compliant room.

2. More specifically, in Plaintiff's Amended Complaint he alleges that at the time of the underlying incident he "was and is a handicapped person, a quadriplegic, within the meaning of CRS 42-3-204." Plaintiff also alleges that the Rio is a place of "public accommodation because it is a private entity that owns, leases to, and operates places of public accommodations, as defined by 42 U.S.C. 12181(6), (7) and 28 C.F.R. 36.104." He also alleges that he reserved a "handicapped accessible room," but because the Rio allegedly "overbooked" and gave his reserved room to another guest, the Rio provided him with a "non-accessible room as an alternative." Plaintiff then allegedly injured himself because Rio did not provide "an accessible room to an obviously handicapped individual." Plaintiff further alleges, among other things, that the Rio violated various provisions within the ADA, and its governing regulations, including 2010 ADA Standards; 2004 ADAAG 36 C.F.R. 1191, Chapter 3, Secs. 304, 305, 306, 307, and 36 CFR 1191, Chapter 8, Sec. 806, 806.2.1; 806.2.4; and 806.2.6. Thus, because this case involves the interpretation, construction, and application of various federal laws, statutes, and code provisions, federal question jurisdiction exists with this Court and removal on that basis is proper.

3. The Notice of Removal is timely. Service of Plaintiff's First Amended Complaint upon the Rio was personally performed on the Rio's registered agent for service of process, CSC, on July 16, 2020.

4. Copies of Plaintiff's First Amended Complaint, Amended Summons, and Proof of Service, are attached hereto as "Exhibit A – Service Documents." These are the only documents served upon the Rio.

5. Defendant has concurrently filed a copy of this Notice of Removal with the Clark County District Court Clerk and has served a copy upon Plaintiff.

6. There are no other defendants besides the Rio in this action; thus, there are no others who could join in the removal.

/ / /

Based on the foregoing, the Rio hereby removes the above action now pending in District Court, Clark County, Nevada, Case No. A-20-817105-C, to this Court.

DATED this 12th day of August, 2020.

          HALL JAFFE & CLAYTON, LLP

          */s/ Riley A. Clayton*
          RILEY A. CLAYTON
          Nevada Bar No. 005260
          STEPHEN STEELE
          Nevada Bar No. 13965
          7425 Peak Drive
          Las Vegas, Nevada 89128
          Attorneys for Defendant, *Rio Properties, LLC, d/b/a Rio Las Vegas Hotel & Casino*

## CERTIFICATION OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, I hereby certify that I am an employee of HALL JAFFE & CLAYTON, LLP and on the 12 day of August 2020, I served the foregoing **DEFENDANT RIO PROPERTIES, LLC, dba RIO LAS VEGAS HOTEL & CASINO,'S NOTICE OF REMOVAL** on the following parties by U.S. Mail, and by electronic transmission through the Court's e-filing and service program, addressed to the following:

ROBERT W. COTTLE, ESQ.
THE COTTLE FIRM
8635 S. Eastern Avenue
Las Vegas, NV  89123
*Attorneys for Plaintiff*

_____
An Employee of
HALL JAFFE & CLAYTON, LLP