ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
**THE COTTLE FIRM**
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
Phone: (702) 722-6111
Fax: (702) 834-8555
Email: mminucci@cottlefirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN WESLEY SPARKS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>RIO PROPERTIES, LLC, d/b/a RIO LAS VEGAS HOTEL & CASINO, a Domestic Limited-Liability Company; DOES 1-10, and ROE CORPORATIONS 1 - 10, inclusive,<br><br>Defendants. | CASE NO: 2-20-cv-01499-KJD-DJA<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

Plaintiff, KEVIN WESLEY SPARKS ("Plaintiff") and RIO PROPERTIES, LLC d/b/a RIO LAS VEGAS HOTEL & CASINO ("Defendant") stipulate as follows:

1. On June 24, 2020, Plaintiff commenced an action in the Eighth Judicial District Court, Clark County, Nevada, entitled KEVIN WESLEY SPARKS, an individual, Plaintiff, vs. RIO PROPERTIES, LLC d/b/a RIO LAS VEGAS HOTEL & CASINO, a Domestic Limited-Liability Company; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive, Defendant, as Case Number A-20-817105-C (the "Action").

2. Defendant acknowledges service of the complaint on or about July 16, 2020.

3. On August 12, 2020, Defendant filed a notice of removal of the action pursuant to 28 U.S.C. § 1331, with the United States District Court for the District of Nevada.

4.  Plaintiff filed a Motion to Remand the matter to state court, asserting that the claims within the Complaint sound in negligence and no federal question is implicated. Defendant disputes this.

5.  The parties conferred and after some discussion, the parties have agreed to remand the Action to the Eighth Judicial District Court, Clark County, Nevada.

6.  To that end, the Parties hereby stipulate that the Action be remanded to Eighth Judicial District Court, Clark County, Nevada.

7.  The parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

Dated this 18th day of August, 2020.            Dated this 18th day of August, 2020.

**THE COTTLE FIRM**                             **HALL JAFFE & CLAYTON, LLP**

  /s/ Matthew D. Minucci                           /s/ Riley A. Clayton

MATTHEW D. MINUCCI, ESQ.                        RILEY A. CLAYTON, ESQ.
8635 S. Eastern Avenue                          7425 Peak Dr.
Las Vegas, Nevada 89128                         Las Vegas, Nevada 89128
*Attorneys for Plaintiff, Kevin Sparks*         *Attorney for Defendant, Rio Properties, LLC*

**ORDER**

IT IS SO ORDERED.

Dated:  8/20/2020

_____
UNITED STATES DISTRICT COURT JUDGE